*This case was not selected for publication in the Federal Reporter*

**Billy Roy TYLER, Appellant,**

v.

**HARRAH'S COUNCIL BLUFFS CASINO, Appellee.**

No. 05–3130.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2006.

Filed: Dec. 14, 2006.

---

Billy Roy Tyler, Nebraska State Penitentiary, Lincoln, NE, pro se.

Carla Heathershaw Risko, Fitzgerald & Schorr, Omaha, NE, for Appellee.

Before MURPHY, BYE and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Billy Roy Tyler appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination suit. Having carefully reviewed the record, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we conclude summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.